UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant THE BOEING COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID L. CALHOUN, STEVEN M. MOLLENKOPF, LAWRENCE W. KELLNER, RONALD A. WILLIAMS, LYNN J. GOOD, ROBERT A. BRADWAY, LYNN M. DOUGHTIE, DAVID L. GITLIN, STAYCE D. HARRIS, AKHIL JOHRI, DAVID L. JOYCE, JOHN M. RICHARDSON, SABRINA SOUSSAN, STANLEY DEAL, STEPHANIE POPE, GREGORY D. SMITH, BRIAN WEST, BRETT C. GERRY, THEODORE ("TED") COLBERT III, LEANNE G. CARET, HOWARD MCKENZIE, MICHAEL DELANEY, MIKE FLEMING, ELIZABETH LUND, DARRIN A. HOSTETLER, and UMA M. AMULURU,<br><br>        Defendants,<br><br>  -and-<br><br>THE BOEING COMPANY,<br><br>Nominal Defendant. | Case No. 1:24-cv-1200<br>(PTG/WEF) |

**THE BOEING COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Nominal Defendant The Boeing Company ("Boeing") files the following corporate disclosure statement under Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1. Boeing has no parent corporation. Boeing is a Delaware Corporation with its principal place of business

in Arlington, Virginia, and therefore is a citizen of Delaware and Virginia. Boeing states that as of August 5, 2024, no publicly held entity has filed a Schedule 13G with the Securities and Exchange Commission disclosing ownership of 10% or more of Boeing's stock, and therefore there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Dated: August 16, 2024

Respectfully Submitted,

*/s/ Benjamin L. Hatch*

| | |
|---|---|
| Sharon L. Nelles (*pro hac vice*) | Benjamin L. Hatch (VSB No. 70116) |
| David M.J. Rein (*pro hac vice*) | MCGUIREWOODS LLP |
| Leonid Traps (*pro hac vice*) | 888 16th Street N.W. |
| SULLIVAN & CROMWELL LLP | Suite 500 |
| 125 Broad Street | Black Lives Matter Plaza |
| New York, New York 10004 | Washington, D.C. 20006 |
| Telephone: (212) 558-4000 | Telephone: (757) 640-3727 |
| Facsimile: (212) 558-3588 | Facsimile: (757) 640-3947 |
| nelless@sullcrom.com | bhatch@mcguirewoods.com |
| reind@sullcrom.com | |
| trapsl@sullcrom.com | |

*Counsel for Defendants and Nominal Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 16th day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

                                            */s/ Benjamin L. Hatch*
                                            Benjamin L. Hatch
                                            McGuireWoods LLP
                                            888 16th Street N.W.
                                            Suite 500
                                            Black Lives Matter Plaza
                                            Washington, D.C. 20006
                                            Telephone: (757) 640-3727
                                            Facsimile: (757) 640-3947
                                            bhatch@mcguirewoods.com