UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, and OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant THE BOEING COMPANY,<br><br>Plaintiffs,<br>v.<br><br>DAVID L. CALHOUN, STEVEN M. MOLLENKOPF, LAWRENCE W. KELLNER, ROBERT A. BRADWAY, LYNNE M. DOUGHTIE, LYNN J. GOOD, DAVID L. GITLIN, STAYCE D. HARRIS, AKHIL JOHRI, DAVID L. JOYCE, JOHN M. RICHARDSON, SABRINA SOUSSAN, RONALD A. WILLIAMS, STANLEY DEAL, STEPHANIE POPE, HOWARD MCKENZIE, MICHAEL DELANEY, MIKE FLEMING, ELIZABETH LUND, DARRIN A. HOSTETLER, UMA M. AMULURU, MARK C. FAVA, ELISABETH C. MARTIN, THOMAS GALANTOWICZ, MICHAEL D'AMBROSE, KIMBERLY S. PASTEGA, EDWIN J. CLARK, SCOTT A. STOCKER, and DAVID LOFFING,<br><br>Defendants,<br>-and-<br><br>THE BOEING COMPANY,<br><br>Nominal Defendant. | Case No. 1:24-cv-1200 (LMB/LRV)<br><br>Hon. Leonie M. Brinkema |

**DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

Defendants and Nominal Defendant The Boeing Company hereby move this Court to dismiss Plaintiffs' Consolidated Amended Verified Shareholder Derivative Complaint ("Amended

Complaint"). As set forth more fully in the accompanying Memorandum of Law in Support, the Amended Complaint suffers from jurisdictional and multiple legal defects, including failure to plead, among other things, demand futility as required under applicable Delaware law and Rule 23.1 of the Federal Rules of Civil Procedure.

Dated: November 21, 2024

Respectfully Submitted,

*/s/ Benjamin L. Hatch*

Benjamin L. Hatch
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: (757) 640-3727
Facsimile: (757) 640-3947
bhatch@mcguirewoods.com

Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Leonid Traps (*pro hac vice*)
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
nelless@sullcrom.com
reind@sullcrom.com
trapsl@sullcrom.com

*Counsel for Defendants and Nominal Defendant*

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of November, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

*/s/ Benjamin L. Hatch*

Benjamin L. Hatch
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: (757) 640-3727
Facsimile: (757) 640-3947
bhatch@mcguirewoods.com