UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Derivatively on Behalf of the Nominal Defendant THE BOEING COMPANY,

Plaintiff,

v.

DAVID L. CALHOUN, et al.,

Defendants.

Case No. 1:24cv1200 (LMB/LRV)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Charles B. Molster, III, a member of the bar of this Court, hereby enters his appearance as counsel for the following Defendants in the above-captioned matter: Uma M. Amuluru, Robert A. Bradway, David L. Calhoun, Edwin J. Clark, Michael D'Ambrose, Stanley Deal, Michael Delaney, Lynne M. Doughtie, Mark C. Fava, Mike Fleming, Thomas Galantowicz, David L. Gitlin, Lynn J. Good, Stayce D. Harris, Darrin A. Hostetler, Akhil Johri, David L. Joyce, Lawrence W. Kellner, Elizabeth Lund, Elisabeth C. Martin, Howard McKenzie, Steven M. Mollenkopf, Stephanie Pope, John M. Richardson, Sabrina Soussan, Scott A. Stocker, and Ronald A. Williams.

Dated: February 24, 2025	Respectfully Submitted,

*/s/*
Charles B. Molster, III (Va. Bar No. 23613)
LAW OFFICES OF CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, DC 20007
(703) 346-1505
cmolster@molsterlaw.com

*Counsel for Defendants*