IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number <u>1:24-cv-01200-LMB-LRV</u>, Case Name <u>Okla. Firefighters Pension and Ret. Sys. v. David L. Calhoun, et al.</u>
Party Represented by Applicant: <u>Please see attached Exhibit A</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>Andrew J. Ehrlich</u>
Bar Identification Number <u>4103909</u>          State <u>New York</u>
Firm Name <u>Paul, Weiss, Rifkind, Wharton & Garrison LLP</u>
Firm Phone # <u>212-373-3000</u>          Direct Dial # <u>212-373-3166</u>          FAX # <u>212-757-3990</u>
E-Mail Address <u>aehrlich@paulweiss.com</u>
Office **Mailing** Address <u>1285 Avenue of the Americas, New York, NY 10019</u>

Name(s) of federal district court(s) in which I have been admitted <u>Please see attached Exhibit B</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ■ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

AEhrlich          Digitally signed by AEhrlich Date: 2025.02.24 20:49:01 -05'00'
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                              2/24/2025
                                         (Date)
Charles B. Molster, III                  23613
(Typed or Printed Name)                  (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐


(Judge's Signature)                              (Date)

## EXHIBIT A

Uma M. Amuluru, Robert A. Bradway, David L. Calhoun, Edwin J. Clark, Michael D'Ambrose, Stanley Deal, Michael Delaney, Lynne M. Doughtie, Mark C. Fava, Mike Fleming, Thomas Galantowicz, David L. Gitlin, Lynn J. Good, Stayce D. Harris, Darrin A. Hostetler, Akhil Johri, David L. Joyce, Lawrence W. Kellner, Elizabeth Lund, Elisabeth C. Martin, Howard McKenzie, Steven M. Mollenkopf, Stephanie Pope, John M. Richardson, Sabrina Soussan, Scott A. Stocker, and Ronald A. Williams.

**ANDREW J. EHRLICH**

**EXHIBIT B**

I, Andrew J. Ehrlich, was admitted to practice before the Bar of the following courts, as follows:

| State Court | Bar No. | Date of Admission |
|---|---|---|
| New York, 2nd Department | 4103909 | 2/26/2003 |

| United States District Court | Bar No. (if applicable) | Date of Admission |
|---|---|---|
| U.S. District Court, Eastern District of Michigan | | 2/12/2024 |
| U.S. District Court, Eastern District of Wisconsin | | 10/20/2014 |
| U.S. Tax Court | | 8/5/2014 |
| U.S. District Court, District of Colorado | | 3/2/2006 |
| U.S. District Court, Eastern District of New York | AE3075 | 3/25/2003 |
| U.S. District Court, Southern District of New York | AE3075 | 3/18/2003 |

| United States Court of Appeals | Date of Admission |
|---|---|
| U.S. Court of Appeals, 3rd Circuit | 11/15/2022 |
| U.S. Court of Appeals, 7th Circuit | 2/14/2020 |
| U.S. Court of Appeals, District of Columbia Circuit | 10/31/2018 |
| U.S. Court of Appeals, 11th Circuit | 3/21/2018 |

1

| U.S. Court of Appeals, 4th Circuit | 10/24/2017 |
|---|---|
| U.S. Court of Appeals, 5th Circuit | 12/22/2014 |
| U.S. Supreme Court | 3/4/2013 |
| U.S. Court of Appeals, 8th Circuit | 8/19/2011 |
| U.S. Court of Appeals, 2nd Circuit | 1/4/2011 |
| U.S. Court of Appeals, 9th Circuit | 7/21/2010 |