UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, *et al.*, Derivatively on Behalf of Nominal Defendant THE BOEING COMPANY,<br><br>Plaintiffs,<br>v.<br><br>DAVID L. CALHOUN, *et. al.*,<br><br>Defendants,<br>-and-<br><br>THE BOEING COMPANY,<br><br>Nominal Defendant. | Case No. 1:24-cv-1200 (LMB/LRV)<br><br>Hon. Leonie M. Brinkema |

**<u>DEFENDANTS' MOTION FOR A STAY</u>**

For the reasons set forth more fully in the accompanying Memorandum of Law in Support, Defendants, through their undersigned counsel, hereby move this Court to grant Defendants' motion to stay further proceedings in this action pending resolution of the Rule 23(f) appeal from this Court's class-certification order in *In re The Boeing Company Securities Litigation*, No. 1:24-cv-151-LMB-LRV ("Securities Action"). This Court has already stayed further proceedings in the Securities Action. *See* Securities Action ECF No. 167.

Counsel for Defendants reached out to counsel for Plaintiffs this afternoon but have yet to receive a response.

Dated: May 9, 2025

Respectfully Submitted,

*/s/ Charles B. Molster, III*
Charles B. Molster, III
(Va. Bar No. 23613)
LAW OFFICES OF CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, DC 20007
Tel: (703) 346-1505
cmolster@molsterlaw.com

Andrew J. Ehrlich (*pro hac vice)*
Gregory Laufer (*pro hac vice*)
Alison R. Benedon (*pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
aehrlich@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

*/s/ Charles B. Molster, III*
Charles B. Molster, III
(Va. Bar No. 23613)
LAW OFFICES OF CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, DC 20007
Tel: (703) 346-1505
cmolster@molsterlaw.com