IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, *et al.*, Derivatively on Behalf of Nominal Defendant THE BOEING COMPANY, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:24-cv-01200 (LMB/LRV) |
| DAVID L. CALHOUN, *et al.*, ) ) | Hon. Leonie M. Brinkema |
| Defendants, ) ) | |
| - and - ) ) | |
| THE BOEING COMPANY, ) ) | |
| Nominal Defendant. ) ) | |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents and Party Depositions (the "Motion"). (Dkt. No. 183.) Plaintiffs request that the Court compel Nominal Defendant The Boeing Company to produce certain documents relevant to "false-stamping" and the depositions of certain independent Director Defendants. (*Id.*) The Motion is fully briefed. (*See* Dkt. Nos. 184, 191, 198.) On May 13, 2025, a hearing was held before the undersigned at which counsel for all parties appeared. For the reasons stated from the bench, and in accord with the specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motion to Compel (Dkt. No. 183) is **GRANTED IN PART**. It is further

1

**ORDERED** that on or before **May 21, 2025**, Nominal Defendant The Boeing Company shall produce the disclosures Boeing made to the FAA and DOJ in April 2024 concerning the false-stamping. Specifically, the materials Boeing must produce are (1) Boeing's April 19, 2024 communication notifying the FAA of the false-stamping issue (or a non-privileged memorialization of such notification if the notification was oral) and (2) Boeing's April 2024 report of the false-stamping to the DOJ. (*See* Dkt. No. 191-3 ¶¶ 3(a) and (c).)[1]  It is further

**ORDERED** that Plaintiffs may depose Defendant Lawrence W. Kellner for up to four (4) hours on the record. It is further

**ORDERED** that Plaintiffs may depose Defendants Stayce D. Harris, Akhil Johri, David L. Joyce, and Steven M. Mollenkopf for up to three (3) hours each on the record. It is further

**ORDERED** that Plaintiffs' Motion is otherwise **DENIED**.

**ENTERED** this 13th day of May, 2025.

Alexandria, Virginia

/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge

---

[1] During the hearing, counsel for Boeing stated that the April 2024 notification to the FAA may have been provided orally and that the April 2024 notification to DOJ was likely provided in writing.