IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RET. SYS., OHIO PUB. EMPS. RET. SYS., and STATE TCHRS. RET. SYS. OF OHIO, Derivatively on Behalf of the Nominal Defendant THE BOEING CO., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID L. CALHOUN, et. al., <br><br> Defendants, <br><br> and <br><br> THE BOEING CO., <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:24-cv-1200 (LMB/LRV) |

ORDER

For the reasons stated in open court, the defendants' Motion to Stay [Dkt. No. 193] is GRANTED IN PART and DENIED IN PART; and it is hereby

ORDERED that the parties complete discovery in accordance with the Court's previous orders; and it is further

ORDERED that, subject to the conditions stated in open court, all further proceedings in this civil action be and are STAYED.

The Clerk is directed to forward copies of this Order to counsel of record and to stay the civil action.

Entered this 23rd day of May, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge