# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, et al., Derivatively on Behalf of Nominal Defendant THE BOEING COMPANY, ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 1:24-cv-01200 (LMB/LRV) |
| v. ) ) | Hon. Leonie M. Brinkema |
| DAVID L. CALHOUN, *et al.*, ) ) | |
| Defendants, ) ) | |
| - and - ) ) | |
| THE BOEING COMPANY, ) ) | |
| Nominal Defendant. ) | |

**NOTICE OF HEARING ON PLAINTIFFS' MOTION TO (I) COMPEL DEFENDANTS' DOCUMENT PRODUCTION AND INTERROGATORY RESPONSES AND (II) ENFORCE THE COURT'S ORDER REQUIRING DEFENDANT DEPOSITIONS**

PLEASE TAKE NOTICE that on Tuesday, June 10, 2025 at 1:00 p.m., the Court will hear argument on Plaintiffs' Motion to (I) Compel Document Production and Interrogatory Responses and (II) Enforce the Court's Order Requiring Defendant Depositions.

Dated: June 2, 2025                                   Respectfully submitted,

                                                      */s/ Susan R. Podolsky*

**BLEICHMAR FONTI & AULD LLP**                        **LAW OFFICE OF SUSAN R. PODOLSKY**
Derrick B. Farrell                                    Susan R. Podolsky
Matthew L. Miller                                     1800 Diagonal Road, Suite 600
3411 Silverside Road                                  Alexandria, Virginia 22314
Baynard Building, Suite 104                           (571) 366-1702
Wilmington, Delaware 19810                            spodolsky@podolskylaw.com
(302) 499-2158
dfarrell@bfalaw.com                                   *Counsel for Plaintiffs Ohio Public Employees*
mmiller@bfalaw.com                                    *Retirement System and State Teachers*
                                                      *Retirement System of Ohio*

Lesley E. Weaver
1330 Broadway, Suite 630
Oakland, California 94612
(415) 445-4004
lweaver@bfalaw.com

Joseph A. Fonti
Evan A. Kubota
Thayne Stoddard
300 Park Avenue, Suite 1301
New York, New York 10022
(212) 789-1340
jfonti@bfalaw.com
ekubota@bfalaw.com
tstoddard@bfalaw.com


**GRANT & EISENHOFER P.A.**
Christine M. Mackintosh
Kelly L. Tucker
Vivek Upadhya
123 Justison Street
Wilmington, Delaware 19801
(302) 622-7000
cmackintosh@gelaw.com
ktucker@gelaw.com
vupadhya@gelaw.com

                                                      */s/ Charles L. Williams*
                                                      Charles L. Williams
**SCOTT+SCOTT ATTORNEYS**                             **WILLIAMS & SKILLING, P.C.**
 **AT LAW LLP**                                       7104 Mechanicsville Turnpike, Suite 204
Geoffrey M. Johnson                                   Mechanicsville, Virginia 23111

2

12434 Cedar Road, Suite 12
Cleveland Heights, Ohio 44106
(216) 229-6088
gjohnson@scott-scott.com

Donald A. Broggi
Jing-Li Yu
The Helmsley Building
230 Park Avenue, 24th Floor
New York, New York 10169
(212) 223-6444
dbroggi@scott-scott.com
jyu@scott-scott.com

Maxwell R. Huffman
Ora Laine Lupear
600 W. Broadway, Suite 3300
San Diego, California 92101
(619) 233-4565
mhuffman@scott-scott.com
olupear@scott-scott.com

Justin O. Reliford
Elizabeth K. Dragovich
222 Delaware Avenue, Suite 1050
Wilmington, Delaware 19801
(302) 578-7345
jreliford@scott-scott.com

(804) 447-0307
cwilliams@williamsandskilling.com

*Counsel for Plaintiff Oklahoma Firefighters Pension and Retirement System*