**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, et al., Derivatively on Behalf of Nominal Defendant THE BOEING COMPANY, *Plaintiffs*, v. DAVID L. CALHOUN, et al., *Defendants*, -and- THE BOEING COMPANY, *Nominal Defendant*. | Case No. 1:24-cv-1200-LMB-LRV |

**NOTICE OF HEARING ON DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES**

PEASE TAKE NOTICE that on Tuesday, June 10, 2025 at 1:00 PM, the Court will hear argument on Defendants' Motion to Compel Plaintiffs' Production of Documents and Responses to Interrogatories.

Dated: June 2, 2025

Respectfully Submitted,

*/s/ Charles B. Molster*
Charles B. Molster, III (Va. Bar No. 23613)
LAW OFFICES OF CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, DC 20007
cmolster@molsterlaw.com
Tel: (703) 346-1505

Andrew J. Ehrlich (*pro hac vice*)

        Gregory Laufer (*pro hac vice*)
        Alison R. Benedon (*pro hac vice)*
        PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP
        1285 Avenue of the Americas
        New York, NY 10019
        aehrlich@paulweiss.com
        glaufer@paulweiss.com
        abenedon@paulweiss.com
        Tel: (212) 373-3000
        Fax: (212) 757-3990

*Counsel for Defendants David L. Calhoun, Steven M. Mollenkopf, Lawrence W. Kellner, Robert A. Bradway, Lynne M. Doughtie, Lynn J. Good, David L. Gitlin, Stayce D. Harris, Akhil Johri, David L. Joyce, John M. Richardson, Sabrina Soussan, Ronald A. Williams, Stanley Deal, Stephanie Pope, Howard McKenzie, Michael Delaney, Mike Fleming, Elizabeth Lund, Darrin A. Hostetler, Uma M. Amuluru, Mark C. Fava, Elisabeth C. Martin, Thomas Galantowicz, Michael D'Ambrose, Edwin J. Clark, and Scott A. Stocker*