IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RET. SYS., OHIO PUB. EMPS. RET. SYS., and STATE TCHRS. RET. SYS. OF OHIO, Derivatively on Behalf of the Nominal Defendant THE BOEING CO., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID L. CALHOUN, et. al., <br><br> Defendants, <br><br> and <br><br> THE BOEING CO., <br><br> Nominal Defendant. | 1:24-cv-1200 (LMB/LRV) |

## ORDER

On May 23, 2025, the Court ordered all further proceedings in this civil action stayed, except for the parties' completion of discovery. Accordingly, it is hereby

ORDERED that the June 18, 2025 Final Pretrial Conference be and is CANCELLED.

The Clerk is directed to forward copies of this Order to counsel of record and to remove the Final Pretrial Conference from the calendar.

Entered this 3rd day of June, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge