**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, et al., Derivatively on Behalf of Nominal Defendant THE BOEING COMPANY, ) ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 1:24-cv-01200 (LMB/LRV) |
| v. ) | Hon. Leonie M. Brinkema |
| DAVID L. CALHOUN, *et al.*, ) ) | |
| Defendants, ) ) | |
| - and - ) ) | |
| THE BOEING COMPANY, ) ) | |
| Nominal Defendant. ) | |

**NOTICE OF HEARING ON JOINT MOTION TO COMPLETE CERTAIN OUTSTANDING DISCOVERY AFTER THE JUNE 13, 2025, CLOSE OF DISCOVERY**

PLEASE TAKE NOTICE that on Friday, June 13, 2025, at 10:00 a.m., the Court will hear argument on the parties' Joint Motion to Complete Certain Outstanding Discovery after the June 13, 2025, Close of Discovery.

Dated: June 11, 2025

Respectfully submitted,

*/s/ Susan R. Podolsky*
Susan R. Podolsky (VA Bar No. 27891)
**LAW OFFICE OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*/s/ Charles B. Molster, III*
Charles B. Molster, III (Va. Bar No. 23613)
LAW OFFICES OF CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, DC 20007
cmolster@molsterlaw.com
Tel: (703) 346-1505

**BLEICHMAR FONTI & AULD LLP**

Derrick B. Farrell (*Pro Hac Vice*)
3411 Silverside Rd.
Baynard Building, Suite 104
Wilmington, Delaware 19810
Telephone: (302) 499-2158
Facsimile: (302) 691-1331
dfarrell@bfalaw.com

Lesley E. Weaver (*Pro Hac Vice*)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4004
Facsimile: (415) 445-4020
lweaver@bfalaw.com

Joseph A. Fonti (*Pro Hac Vice*)
Evan A. Kubota (*Pro Hac Vice*)
Thayne Stoddard (*Pro Hac Vice*)
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
ekubota@bfalaw.com
tstoddard@bfalaw.com

**GRANT & EISENHOFER P.A.**

Christine M. Mackintosh (*Pro Hac Vice*)
123 Justison Street
Wilmington, Delaware 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
cmackintosh@gelaw.com

*Counsel for Plaintiffs Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio*

/s/ *Charles L. Williams*
Charles L. Williams (VA Bar No. 23587)
**WILLIAMS & SKILLING, P.C.**
7104 Mechanicsville Turnpike, Suite 204
Mechanicsville, Virginia 23111

Andrew J. Ehrlich (*pro hac vice*)
Gregory Laufer (*pro hac vice*)
Alison R. Benedon (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
aehrlich@paulweiss.com
glaufer@paulweiss.com
abenedon@paulweiss.com
Tel: (212) 373-3000
Fax: (212) 757-3990

*Counsel for Defendants Robert A. Bradway, Lynne M. Doughtie, David L. Gitlin, Lynn J. Good, Stayce D. Harris, Akhil Johri, David L. Joyce, Steven M. Mollenkopf, John M. Richardson, Sabrina Soussan, David Calhoun, Lawrence W. Kellner, Ronald A. Williams, Uma M. Amuluru, Michael Delaney, Mark C. Fava, Mike Fleming, Thomas Galantowicz, Darrin Hostetler, Elisabeth C. Martin, Howard McKenzie, Stephanie Pope, Scott A. Stocker, Michael D'Ambrose, Edwin Clark, Stanley Deal, and Elizabeth H. Lund*

/s/ *Benjamin L. Hatch*
Benjamin L. Hatch
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
Telephone: (757) 640-3727
Facsimile: (757) 640-3947
bhatch@mcguirewoods.com

Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Leonid Traps (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

2

Telephone: (804) 447-0307
Facsimile: (804) 447-0367
cwilliams@williamsandskilling.com

nelless@sullcrom.com
reind@sullcrom.com
trapsl@sullcrom.com

*Counsel for Nominal Defendant
The Boeing Company*

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**

Geoffrey M. Johnson (*Pro Hac Vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, Ohio 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
gjohnson@scott-scott.com

Donald A. Broggi (*Pro Hac Vice*)
Jing-Li Yu (*Pro Hac Vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, New York 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
dbroggi@scott-scott.com
jyu@scott-scott.com

Maxwell R. Huffman (*Pro Hac Vice*)
Ora Laine Lupear (*Pro Hac Vice*)
600 W. Broadway, Suite 3300
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
mhuffman@scott-scott.com
olupear@scott-scott.com

Justin O. Reliford (*Pro Hac Vice*)
222 Delaware Avenue, Suite 1050
Wilmington, Delaware 19801
Telephone: (302) 578-7345
jreliford@scott-scott.com

*Counsel for Plaintiff Oklahoma Firefighters Pension and Retirement System*

3