UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant THE BOEING COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>DAVID L. CALHOUN, et al., )<br><br>Defendants, )<br><br>- and - )<br><br>THE BOEING COMPANY, )<br><br>Nominal Defendant. ) | Civil Action No. 1:24-cv-01200-LMB |

ORDER
GRANTING JOINT MOTION FOR EXTENSION TO CONDUCT SECOND
DEPOSITION OF STATE TEACHERS RETIREMENT SYSTEM OF OHIO BY
JULY 28, 2025

This matter is before the Court on the Joint Motion for Extension to Conduct a Second Deposition of State Teachers Retirement System ("STRS") of Ohio by July 28, 2025. Upon consideration, the joint motion is GRANTED. The Parties may conduct a second deposition of the STRS corporate designee under Federal Rule of Civil Procedure 30(b)(6) on or before July 28, 2025, to be held remotely and to last no more than one hour on the record.

IT IS SO ORDERED.

DATED: July 11, 2025

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia